946 P.2d 974

| | | |
|---|---|---|
| 20050 | State v. Hodges | Affirmed |
| 20363 | State v. Stone | Affirmed |

## October 31, 1997

| | | |
|---|---|---|
| 19723 | Free Market Compensation v. Bank of Hawaii | Affirmed |
| 19605 | Kyong Ho Yoon v. Yoo | Vacated |
| 19982 | State v. Hoyt | Affirmed |
| 19632 | Verceluz v. Sands of Kahana | Affirmed |

## November 4, 1997

| | | |
|---|---|---|
| 19767 | Lawson v. Mama's Fish House | Affirmed |
| 20319 | State v. Calarruda | Affirmed |
| 20317 | State v. Spann | Reversed |